Honorable Karen L. Strombom

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST, EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND, WESTERN WASHINGTON PAINTERS APPRENTICESHIP AND TRAINING TRUST, LABOR MANAGEMENT COOPERATION TRUST, INTERNATIONAL BROTHERHOOD OF PAINTERS & ALLIED TRADES UNION, INTERNATIONAL BROTHERHOOD OF PAINTERS AND ALLIED TRADES PAINTERS DISTRICT COUNCIL NO. 5,<br>                          Plaintiff(s),<br>         vs.<br>CAPITOL CITY ENTERPRISES, INC., a Washington corporation, JOHN B. YATES and JANE DOE YATES, husband and wife and the marital community comprised thereof, PATRICK A. WEST and JANE DOE WEST, husband and wife and the marital community comprised thereof, DENNIS L. MILLER and JANE DOE MILLER, husband and wife and the marital community comprised thereof, JOSEPH T. POLLARI and JANE DOE POLLARI, husband and wife and the marital community comprised thereof, MAURICE A. SCHOUVILLIER and JANE DOE SCHOUVILLIER, husband and wife and the marital community comprised thereof,<br>                          Defendant(s). | CAUSE NO.: CV07-5190KLS<br><br>NOTICE AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>**NOTE ON MOTION CALENDAR: June 6, 2008** |

NOTICE AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE
CASE NO. CV07-5190KLS - PAGE 1 OF 4

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

1     Plaintiffs Western Washington Painters Defined Contribution Pension Trust, Employee
2 Painters' Trust Health & Welfare Fund, Western Washington Painters Apprenticeship and
3 Training Trust, Labor Management Cooperation Trust, International Brotherhood of Painters &
4 Allied Trades Union, International Brotherhood of Painters and Allied Trades Painters District
5 Council No. 5 (the Trust Funds), by and through their counsel of record, hereby dismiss this
6 action with prejudice against Defendants Capitol City Enterprises, Inc. a Washington
7 corporation, John B. Yates and Jane Doe Yates, husband and wife, and the marital community
8 comprised thereof, Patrick A. West and Jane Doe West, husband and wife, and the marital
9 community comprised thereof, Dennis L. Miller and Jane Doe Miller, husband and wife, and
10 the marital community comprised thereof, Joseph T. Pollari and Jane Doe Pollari, husband and
11 wife, and the marital community comprised thereof, Maurice A. Schouvillier and Jane Doe
12 Schouvillier, husband and wife, and the marital community comprised thereof, for the reason
13 that Plaintiff Trust Funds' claim against said Defendants Capitol City Enterprises, Inc. a
14 Washington corporation, John B. Yates and Jane Doe Yates, husband and wife, and the marital
15 community comprised thereof, Patrick A. West and Jane Doe West, husband and wife, and the
16 marital community comprised thereof, Dennis L. Miller and Jane Doe Miller, husband and
17 wife, and the marital community comprised thereof, Joseph T. Pollari and Jane Doe Pollari,
18 husband and wife, and the marital community comprised thereof, Maurice A. Schouvillier and
19 Jane Doe Schouvillier, husband and wife, and the marital community comprised thereof, has
20 been resolved.

21     DATED this 27th day of May, 2008.

s/David L. Tuttle
WSBA #38728
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA 98119
Telephone: (206) 282-8221

NOTICE AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE
CASE NO. CV07-5190KLS - PAGE 2 OF 4

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

Fax: (206) 285-4587
E-mail: d.tuttle@ekmanbohrer.com
Attorney for Plaintiff Trust Funds

**ORDER**

Pursuant to Plaintiff Trust Funds' Motion, the Clerk is hereby directed to dismiss Western Washington Painters Defined Contribution Pension Trust, Employee Painters' Trust Health & Welfare Fund, Western Washington Painters Apprenticeship and Training Trust, Labor Management Cooperation Trust, International Brotherhood of Painters & Allied Trades Union, International Brotherhood of Painters and Allied Trades Painters District Council No. 5's action against Defendants Capitol City Enterprises, Inc. a Washington corporation, John B. Yates and Jane Doe Yates, husband and wife, and the marital community comprised thereof, Patrick A. West and Jane Doe West, husband and wife, and the marital community comprised thereof, Dennis L. Miller and Jane Doe Miller, husband and wife, and the marital community comprised thereof, Joseph T. Pollari and Jane Doe Pollari, husband and wife, and the marital community comprised thereof, Maurice A. Schouvillier and Jane Doe Schouvillier, husband and wife, and the marital community comprised thereof, in accordance with the following Order.  It is hereby

**ORDERED** that the above-entitled action against Defendants Capitol City Enterprises, Inc. a Washington corporation, John B. Yates and Jane Doe Yates, husband and wife, and the marital community comprised thereof, Patrick A. West and Jane Doe West, husband and wife, and the marital community comprised thereof, Dennis L. Miller and Jane Doe Miller, husband and wife, and the marital community comprised thereof, Joseph T. Pollari and Jane Doe Pollari, husband and wife, and the marital community comprised thereof, Maurice A. Schouvillier and Jane Doe Schouvillier, husband and wife, and the marital community comprised thereof, shall be and hereby is dismissed with prejudice and without costs to either party.

NOTICE AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE
CASE NO. CV07-5190KLS - PAGE 3 OF 4

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

DATED this 29th day of May, 2008.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Presented by:

s/David L. Tuttle
WSBA #38728
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA  98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: d.tuttle@ekmanbohrer.com
Attorney for Plaintiff Trust Funds

S:\Collections\WWP-3410\Pleadings\2008\Capitol City Enterprises USDC2 3410 Dismissal Ntc & Order Yates.doc

NOTICE AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE
CASE NO. CV07-5190KLS - PAGE 4 OF 4

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587